**UNITED STATES of America, Appellee,**

v.

**Isaac SMITH, Appellant.**

**No. 09–1932.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 14, 2010.

Filed: April 23, 2010.

Ian A. Lewis, Asst. Fed. Public Defender, Springfield, MO (Raymond C. Conrad, Jr., Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Earl W. Brown, III, Asst. U.S. Atty., Springfield, MO, for appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Isaac Smith appeals the order of the District Court,[1] which committed him pursuant to 18 U.S.C. § 4245 to the custody of the United States Attorney General for hospitalization and treatment in a suitable facility until he no longer needed treatment or his prison sentence expired, whichever occurred first. Because Smith's challenge to the commitment order has been mooted by his recent release upon

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

completion of his sentence, we dismiss this appeal. *See* 8th Cir. R. 47A(a). We also grant counsel's pending motion to withdraw.